UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRACY CARLISLE, )
           Petitioner, )
) No. 1:19-cv-674
-v- )
) Honorable Paul L. Maloney
MATT MACAULEY, )
           Respondent. )
)

## JUDGMENT

In accordance with the order entered today (ECF No. 22), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**

Date:  August 17, 2020                    /s/ Paul L. Maloney
                                                               Paul L. Maloney
                                                               United States District Judge